IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIZZIE McCAIN,

    Plaintiff,                    No. CIV S-05-0045 WBS DAD PS

   vs.

D.H.S.S., et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 26, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case and has considered plaintiff's objections. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court has

/////

1  determined that there is no need to modify the findings and recommendations based on the points
2  raised in plaintiff's objections.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed May 26, 2005, are adopted in full; and
5          2. Plaintiff's second amended complaint is dismissed without further leave to
6  amend.
7  DATED: June 24, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2