UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| LIZZIE McCAIN,<br><br>　　　Plaintiff - Appellant,<br>v.<br><br>SACRAMENTO COUNTY; et al.,<br><br>　　　Defendants - Appellees. | No. 05-16494<br>D.C. No. CV-05-00045-WBS<br><br>**ORDER**<br><br>**FILED**<br>SEP 1 2 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>　　　DEPUTY CLERK |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[X]

Explanation: _____

```
Plaintiff's second amended complaint, like the amended complaint,
alleges no discernible claim for relief. The second amended
complaint only generally mentions "D.H.H.S. and C.P.S.
here in Sacramento, California[,]" which the court presumes is a
reference to Sacramento County's Department of Health and Human
Services and Child Protective Services, but attributes no
particular conduct to those agencies. Nor does the second amended
complaint attribute any specific acts to the state government
agencies in Arkansas that it apparently refers to, or contain any
factual allegations giving rise to federal jurisdiction.
```

　　　　　　　　　　　　　　　　　　_/s/ William K. Shubb_
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　Date: 9/9/2005